628

## HOWARD v. STATE.
### No. 15059.

Court of Criminal Appeals of Texas.
Jan. 20, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

'CALHOUN, J.

The offense is theft; the punishment, confinement in the penitentiary for five years.

No notice of appeal appears in the record. In the absence of notice of appeal, this court has no jurisdiction.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.